UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTONIO T WADE,

    Plaintiff,

v.                                  Case No.:   2:21-cv-393-SPC-NPM

ALLYRIDES LLC,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is United States Magistrate Judge Nicholas P. Mizell's Corrected Report and Recommendation ("R&R") (Doc. 14). Judge Mizell recommends granting Plaintiff's Motion for Default Judgment (Doc. 10) in part. Neither party timely objected. So the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," the magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the R&R de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Instead, when parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. So it accepts and adopts the R&R in full.

Accordingly, it is now

**ORDERED:**

1. United States Magistrate Judge Nicholas P. Mizell's Corrected Report and Recommendation (Doc. 14) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. Plaintiff's Motion for Default Judgment Against Defendant (Doc. 10) is **GRANTED in part**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff for the following amounts in the total of $5,075.24:

    a. Plaintiff is **AWARDED** $1,884.24 in sum certain wages and liquidated damages.

    b. Plaintiff is **AWARDED** $461 in costs.

    c. Plaintiff is **AWARDED** $2,730 in attorney's fees.

4. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate all deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 28, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record